UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELAINE ERVIN, *pro se*,

    Plaintiff,

v.                                                       Case No.  8:08-cv-366-T-30TBM

BROADSPIRE/CRAWFORD CO.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal of Action With Prejudice (Dkt. #6).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-366.dismissal 6.wpd